SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| EURONET PAYMENTS & REMITTANCE, INC., )<br>)<br>Petitioner, )<br>)<br>- against - )<br>)<br>ENVIOS DE VALORES LA NACIONAL CORP., )<br>ENVIOS DE VALORES LA NACIONAL, INC., )<br>AEROCARIBE TRAVEL AGENCY, INC., )<br>JOSE ANDRES HERNANDEZ ANDUJAR, )<br>CANDIDA DE HERNANDEZ, AND )<br>ROBERTO LOPEZ, )<br>)<br>Respondents. )<br>) | Index No. 601675/07<br><br>IAS Part _____<br><br><br>NEW YORK<br>COUNTY CLERK'S OFFICE<br><br>MAY 18 2007<br><br>NOT COMPARED<br>WITH COPY FILE |

### NOTICE OF PETITION TO STAY ARBITRATION

PLEASE TAKE NOTICE, that upon the annexed petition of Euronet Payment & Remittance, Inc., verified the 17th day of May, 2007, the exhibits annexed thereto, the demand for arbitration, and upon all the pleadings and proceedings heretofore had herein, the undersigned will make an application, pursuant to CPLR 7503(a), to this Court in the Motion Support Courtroom, Submissions Part, Room 130, at the New York County Courthouse, 60 Centre Street, New York, New York on the 18th day of June, 2006 at 9:30 o'clock in the morning or as soon thereafter as counsel can be heard, for a judgment Pursuant to CPLR 7503(b), staying all proceedings under the Demand for Arbitration; granting Euronet leave to conduct discovery in support of this Petition to Stay Arbitration and to conduct an evidentiary hearing on the issue of arbitrability,

awarding Euronet its costs and expenses in making this application, and awarding Euronet such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that an answer, and supporting affidavits and other papers, if any, shall be served at least seven days before the return date of this application.

New York County is designated as the venue of this proceeding on the basis of the agreement between the parties, which specifies New York County as the venue of a any arbitration.

                                                Howard J.C. Nicols, Esq. (3895554)
                                                SQUIRE, SANDERS & DEMPSEY LLP
                                                350 Park Avenue
                                                New York, NY 10022

Of Counsel:

Thomas S. Kilbane (OH # 0005938)
Colin R. Jennings (OH # 0068704)
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8795

                                                Attorneys for Petitioner

DATED: May 17, 2007