# EXHIBIT B

# JONES DAY

1420 PEACHTREE STREET, N.E. • SUITE 800 • ATLANTA, GEORGIA 30309-3053
TELEPHONE: 404-521-3939 • FACSIMILE: 404-581-8330

Direct Number: (404) 581-8266
jzamer@jonesday.com

JP769860
286121-600001

April 30, 2007

<u>VIA FACSIMILE AND CERTIFIED MAIL RETURN RECEIPT REQUESTED</u>

Eric Mettemeyer
Euronet Payments & Remittance, Inc.
c/o Euronet Worldwide, Inc.
4601 College Boulevard, Suite 300
Leawood, Kansas 66211

Jeffery B. Newman, General Counsel
Euronet Worldwide, Inc.
2nd Floor, Devonshire House
1 Devonshire Street
London W1W 5DS
United Kingdom

Scot Hill, Esq.
William M. Modrcin, Esq.
George F. Verschelden, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106

Thomas S. Kilbane, Esq.
Howard J.C. Nichols, Esq.
Colin R. Jennings, Esq.
Squire, Sanders & Dempsey LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114

Re:     Notice Pursuant to Sections 11.1 and 11.4 of the January 12, 2007
        <u>Stock Purchase Agreement</u>

Dear Sirs:

I am writing regarding the action filed by Euronet Payments and Remittance, Inc. ("Euronet") against Envios de Valores La Nacional Corp., Envios de Valores La Nacional, Inc., AeroCaribe Travel Agency, Inc., José Andres Hernández Andujar, Candida de Hernández and Roberto López (collectively "La Nacional") in the District Court of Johnson County, Kansas on or about April 5, 2007 and served on Envios de Valores La Nacional Corp. on April 18, 2007. This suit seeks rescission of the January 12, 2007 Stock Purchase Agreement ("SPA") between Euronet and La Nacional and damages which Euronet claims resulted as a consequence of alleged breaches and actions by La Nacional in connection with the SPA.

As you are aware, the SPA contains a broad arbitration provision which states in part:

> In the event of any dispute concerning this Agreement, its effect or the transactions contemplated hereby, either party may, by notice to the other parties, require such dispute or difference to be submitted to

ATI-2270460v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

April 30, 2007
Page 2

arbitration, which shall be conducted in accordance with the Commercial Arbitration Rules and Mediation Procedures of American Arbitration Association (the "AAA") as amended by this Section 11.4. The arbitrator will be selected by the agreement of the parties or, if they cannot agree on an arbitrator within 30 days after the notice of such party's desire to have the question settled by arbitration, then the arbitrator will be selected by the AAA office in New York, New York. Any such arbitration will occur in New York City.

SPA ¶ 11.4. As stated above, the action filed by Euronet concerns the "Agreement [SPA], its effect or transactions contemplated hereby," and is thus covered by the arbitration clause of the parties' SPA. Pursuant to Paragraph 11.4 of the SPA, La Nacional hereby gives notice to Euronet that it requires that the dispute raised in the lawsuit filed by Euronet be submitted to arbitration in accord with Paragraph 11.4 of the SPA. Therefore, if Euronet wishes to pursue its claims, it must dismiss its lawsuit and file an arbitration proceeding with the AAA in New York.

As you are also aware, the SPA is governed by New York law. SPA ¶ 11.5. Pursuant to New York law, section 7503(c) you are hereby notified that if, within 20 days after receipt of this notice, you fail to serve an application to stay arbitration you will "thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in court . . . [any] bar of a limitation of time." CPLR § 7503(c).

Please be advised that if you do not immediately dismiss the suit you filed in the District Court of Johnson County, Kansas, the Defendants named therein will be forced to move to compel arbitration.

Sincerely,

John E. Zamer

cc:    José A. Hernandez Andujar (By email)
       Maria F. Farall, Esq.
       G. Lee Garrett, Jr., Esq.
       Christine Lawson, Esq.

ATI-2270460v1