SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

EURONET PAYMENTS & REMITTANCE, INC.,

        Petitioner,

v.

ENVIOS DE VALORES LA NACIONAL CORP.,
ENVIOS DE VALORES LA NACIONAL, INC.,
AEROCARIBE TRAVEL AGENCY, INC.,
JOSE ANDRES HERNANDEZ ANDUJAR,
CANDIDA DE HERNANDEZ, AND
ROBERTO LOPEZ,

        Respondents.

Index No. 601675/07

**NOTICE OF FILING OF NOTICE OF REMOVAL**

---

TO:    The Clerk of the Court                     Howard J.C. Nicols, Esq
        Supreme Court of the State of New York,   SQUIRE SANDERS & DEMPSEY LLP
        Country of New York                    350 Park Avenue
        60 Centre Street                           New York, NY 10022
        New York, New York 10007             Counsel for Petitioner

        Respondents Envios de Valores La Nacional Corp., Envios de Valores La Nacional, Inc., AeroCaribe Travel Agency, Inc., Jose Andres Hernandez Andujar, Candida De Hernandez and Roberto Lopez hereby file a true and correct copy of their Notice of Removal, attached as Exhibit 1, which has been filed in the United States District Court for the Southern District of New York. This Notice serves to effect a full removal of the above-captioned proceeding pursuant to 28 U.S.C. § 1446(d), thereby precluding this State Court from proceeding further on this proceeding.

- 2 -

Dated: New York, New York
      June 8, 2007

Respectfully submitted,

*/s/ Howard Sidman*

Michael J. Templeton
Howard F. Sidman
Jones Day
222 East 41st Street
New York, New York 10017
Telephone: 212-326-3939

Attorneys for Respondents
Envios de Valores La Nacional Corp., Envios de Valores La Nacional, Inc., AeroCaribe Travel Agency, Inc., Jose Andres Hernandez Andujar, Candida De Hernandez and Roberto Lopez

Of Counsel:
G. Lee Garrett, Jr.
L. Christine Lawson
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: 404-521-3939