# EXHIBIT 3

sw.frm (Rev. EDNY 1998) Search Warrant

ORIGINAL

SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AND DESCRIBED AS
LA NACIONAL
120 East Post Rd.
White Plains, N.Y.
("THE SUBJECT PREMISES")

# SEARCH WARRANT

CASE NUMBER:

07 MAG. 168

TO: Task Force Officer Anthony Kressevich and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Anthony Kressevich who has reason to believe that [ ] on the person of or [x] on the premises known as (name, description and/or location)

SEE ATTACHMENT A

in the SOUTHERN District of NEW YORK there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before February 11, 2007
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Any Magistrate Judge as required by law
United States Judge or Magistrate

February 1, 2007 12:00 p.m. at White Plains, New York
Date and Time Issued — City and State

George A. Yanthis, USMJ
Name and Title of Judicial Officer

George A. Yanthis
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| --- | --- | --- |
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

______________________________

Subscribed, sworn to, and returned before me this date.

______________________________ U.S. Judge or Magistrate

______________________________ Date

ATTACHMENT A

LA NACIONAL is described as a money remitter business located at 120 East Post Rd. White Plains, N.Y. on East Post Rd. between Court Street and Grand Street, and further between Kennedy Fried Chicken and Westchester Botanica Health Products. LA NACIONAL is in a masonry and glass building made up of four stores in total, each using the 120 East Post Rd. White Plains, N.Y. address. LA NACIONAL has a yellow and black colored sign with black letters displaying the words LA NACIONAL on it over the store windows and glass front entrance door that bears the number 12 on it. The front entrance door has an air conditioner above it and the front entrance door and front store window displays several brightly covered signs.

ATTACHMENT B

records and documents reflecting structuring of financial transactions, including, money order receipts, structuring lists, invoices, lists of sender and/or recipient names, currency amounts, senders and beneficiaries/recipients, data stored in fax machine memory, data stored on computers and computer systems, including any and all equipment which can collect, analyze, create, display, convert, store, conceal or transmit electronic, magnetic, optical or similar computer impulses or data, any data-processing devices, such as central processing units and laptop or notebook computers, floppy disk drives and diskettes, tape drives and tapes and other memory storage devices, computer printouts, records and faxes pertaining to the transfer, mailing, receipt, purchase, possession, export and/or import of currency, money counting machines, cash or other monetary instruments in excess of $3,000, and bank statements, for the time period August 14, 2006 to the present, all of which constitute evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 1956, laundering of monetary instruments and Title 31, United States Code, Section 5313(a), 5322, 5324 and 5325, failure to file currency transaction reports, failure to maintain identification as required by Section 103.33(f) of Title 31, Code of Federal Regulations and structuring financial transactions to avoid the currency reporting requirements.