**EXHIBIT 4**

02/14/2007  18:57  7185655573                    LANACIONAL                    PAGE  01

AO93 (Rev. 5/95) Search Warrant

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NEW YORK**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
PROPERTY KNOWN AND DESCRIBED AS
96-15H ROOSEVELT AVENUE, JACKSON HEIGHTS, NEW YORK

**SEARCH WARRANT**

CASE NUMBER: **M-07- 143**

TO: **SPECIAL AGENTS OF IMMIGRATION AND CUSTOMS** and/or any Authorized Officer of the United States or technician employed by an agency of the United States

Affidavit(s) having been made before me by **MICHAEL KEARNS** Affiant who has reason to believe that ☐ on the person of or on the property known as (name, description and/or location) **Attachment A**
PROPERTY KNOWN AND DESCRIBED AS 96-15H ROOSEVELT AVENUE, JACKSON HEIGHTS, NEW YORK

in the **EASTERN** District of **NEW YORK** there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT B**

YOU ARE HEREBY COMMANDED to search on or before _____
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **ANY U.S. MAGISTRATE**
                                                                                                        U.S. Judge or Magistrate

**February   2007**
Date and Time Issued

at **Brooklyn, New York**
    City and State

Hon. Joan Azrack, U.S. Magistrate Judge, Eastern District of New York
Name and Title of Judicial Officer

*Joan M. Azrack*
Signature of Judicial Officer

AO93(Rev. 5/95) Search Warrant

A TRUE COPY
DATE  2/5
RC
BY _____