UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURONET PAYMENTS & REMITTANCE, INC.,<br><br>                             Petitioner,<br>      v.<br><br><br>ENVIOS DE VALORES LA NACIONAL CORP.,<br>ENVIOS DE VALORES LA NACIONAL, INC.,<br>AEROCARIBE TRAVEL AGENCY, INC.,<br>JOSE ANDRES HERNANDEZ ANDUJAR, CANDIDA<br>DE HERNANDEZ, AND<br>ROBERTO LOPEZ,<br>                        Respondents. | ECF CASE<br><br>Civil Action No. 07 CV 5467<br>(JSR) |

## <u>RULE 7.1 STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Envios de Valores La Nacional Corp., Envios de Valores La Nacional, Inc., AeroCaribe Travel Agency, Inc., Jose Andres Hernandez Andujar, Candida De Hernandez and Roberto Lopez, named as respondents in the above-captioned proceeding, certify that Envios de Valores La Nacional Corp., Envios de Valores La Nacional, Inc., and AeroCaribe Travel Agency, Inc do not have any publicly held corporate parent, and no publicly held corporation owns 10% or more of any of their stock.

Dated: New York, New York
      June 8, 2007

Respectfully submitted,


   s/  Howard F. Sidman
Michael J. Templeton (MT-8709)
Howard F. Sidman (HS-9615)
Jones Day
222 East 41st Street
New York, NY  10017–6702
Telephone:  (212) 326-3939

Counsel for Respondents Envios de Valores
La Nacional Corp., Envios de Valores La
Nacional, Inc., AeroCaribe Travel Agency,
Inc., Jose Andres Hernandez Andujar,
Candida De Hernandez and Roberto Lopez


Of Counsel:
G. Lee Garrett, Jr.
L. Christine Lawson
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: 404-521-3939