*Rakoff, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED

---

EURONET PAYMENTS & REMITTANCE, INC.,

    Petitioner,

v.

ENVIOS DE VALORES LA NACIONAL CORP.,
ENVIOS DE VALORES LA NACIONAL, INC.,
AEROCARIBE TRAVEL AGENCY, INC.,
JOSE ANDRES HERNANDEZ ANDUJAR,
CANDIDA DE HERNANDEZ, AND
ROBERTO LOPEZ,

    Respondents.

ECF CASE

Civil Action No. 07 CV 5467
(JSR) (HP)

STIPULATION AND
ORDER EXTENDING TIME

---

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Petitioner Euronet Payments & Remittance, Inc. and counsel for Respondents Envios De Valores La Nacional Corp., Envios De Valores La Nacional, Inc., Aerocaribe Travel Agency, Inc., Jose Andres Hernandez Andujar, Candida De Hernandez, and Roberto Lopez (collectively, "Respondents") that the time for Respondents to answer, move or otherwise respond to the Verified Petition to Stay Arbitration and related papers filed by Petitioner in this proceeding shall be, and the same hereby is, extended to and including June 29, 2007.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-07
```

There have been no prior stipulations or requests for similar extensions.

Dated: New York, New York
       June 14, 2007

SQUIRE, SANDERS & DEMPSEY LLP

By: _____
Howard J.C. Nicols, Esq. (HN 3594)
350 Park Avenue
New York, NY 10022
Phone: (212) 872-9800

Attorneys for Petitioner Euronet
Payments & Remittance, Inc.

JONES DAY

By: _____
Michael J. Templeton (MT 8709)
Howard F. Sidman (HS 9615)
222 East 41st Street
New York, New York 10017
Phone: (212) 326-3939

Attorneys for Respondents Envios de
Valores La Nacional Corp., Envios de
Valores La Nacional, Inc., AeroCaribe
Travel Agency, Inc., Jose Andres
Hernandez Andujar, Candida De
Hernandez and Roberto Lopez

SO ORDERED this 15th day of June, 2007:

_____
Hon. Jed S. Rakoff
United States District Judge

- 2 -