✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF  New York _____

Euronet Payments & Remittance, Inc.

v.

Envios de Valores La Nacional Corp., et al.

**APPEARANCE**

Case Number:    07 CV 5467 (JSR) (HP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Euronet Payments & Remittance, Inc.

I certify that I am admitted to practice in this court.

6/21/07
_____
Date

_____
Signature

Howard J. C. Nicols                    HN3594
_____
Print Name                             Bar Number

350 Park Avenue
_____
Address

New York, New York                     10022
_____
City            State                  Zip Code

216-479-8743                           216-479-8780
_____
Phone Number                           Fax Number