RAKOFF, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURONET PAYMENTS & REMITTANCE, INC., | ECF CASE |
| Petitioner, | CIVIL ACTION NO. 07-CIV-5467 (JSR)(HP) |
| v. | |
| ENVIOS DE VALORES LA NACIONAL CORP., ENVIOS DE VALORES LA NACIONAL, INC. AEROCARIBE TRAVEL AGENCY, INC., JOSE ANDRES HERNANDEZ ANDUJAR, CANDIDA DE HERNANDEZ, AND ROBERTO LOPEZ, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| Respondents. | |

Petitioner Euronet Payments & Remittance, Inc. ("Euronet") and Respondents Envios De Valores La Nacional Corp., Envios De Valores La Nacional, Inc., AeroCaribe Travel Agency, Inc., Jose Andres Hernandez Andujar, Candida De Hernandez and Roberto Lopez (collectively "La Nacional"), through their undersigned counsel, hereby agree and stipulate that:

(a) The above-captioned action and all claims of Euronet against La Nacional in this action are dismissed without prejudice pursuant to Fed R. Civ. P. 41(a)(1); and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-29-07

(b) Each party shall bear its own costs and attorney's fees in this action.

Dated: June 27, 2007

Howard J.C. Nicols (HN 3354)
SQUIRE, SANDERS & DEMPSEY L.L.P.
350 Park Avenue
New York, New York 10022
Telephone: 216-479-8500

Counsel for Petitioner
Euronet Payments & Remittance, Inc.

Michael J. Templeton (MT 8709)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939

Counsel for Respondents
Envios De Valores La Nacional Corp.
Envios De Valores La Nacional, Inc.
Aerocaribe Travel Agency, Inc.
Jose Andres Hernandez Andujar
Candida De Hernandez and
Roberto Lopez

SO ORDERED this ___ day of June, 2007:

Hon. Jed S. Rakoff
United States District Judge